```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A95-0025--CR (JKS)
                             "USA V KETCHIKAN PULP CO"
                             DEF 1.1 KETCHIKAN PULP CO

                 Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
             Filed: 03/06/95
            Closed: 10/10/95
No. of Defendants: 1
   MJ Case Number:
               AKA:
   Location status: Not specified
        Trial date:
        Terminated: YES
Needs interpreter: NO
Counsel of record: None specified


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Timothy M. Burgess
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 KETCHIKAN PULP CO

Document           Count      Citation and Description                              Disposition
_____     _____     _____      _____
                              No charges specified
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
               CRIMINAL DOCKET ENTRIES FOR CASE A95-0025--CR (JKS)
                             "USA V KETCHIKAN PULP CO"

                              For all filing dates
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
   Magistrate Judge:
              Filed: 03/06/95
             Closed: 10/10/95
No. of Defendants: 1
```

| Document # | Filed | Docket text |
|---|---|---|
| 40 - 1 | 10/31/96 | DEF 1 4th Quarterly Report w/att exhibits |
| NOTE - 1 | 02/18/97 | Notation: All future docketing to be made in Automated Criminal System. |
| 41 - 1 | 02/18/97 | DEF 1 5th Quarterly Report |
| 42 - 1 | 06/25/97 | DEF 1 Notice of substitution of responsible corporate officer (Richard Leary for Ralph Lewis). |
| 43 - 1 | 07/07/97 | DEF 1 motion for subsitution of responsible corporate officer. |
| 43 - 2 | 07/30/97 | [Re: DEF 1] JKS Order granting motion for subsitution of responsible corporate officer (43-1).cc:AUSA, Fjelstad |
| 44 - 1 | 07/30/97 | DEF 1 Report re: 6th quarterly report. |
| 45 - 1 | 10/03/97 | PLF 1; DEF 1 Joint Request for Status Conference. |
| 46 - 1 | 10/09/97 | JKS Order that status conf is set 10:00 a.m., 11/7/97.  cc USA, Fjelstad |
| 47 - 1 | 11/10/97 | [Re: DEF 1] JKS Court Minutes [ECR: Linda Christensen] re: status conf [helld 11/7/97] Ketchikan Pulp Co to continue on supervised release. cc:USA, Fjelstad, USM, PO |
| 48 - 1 | 02/17/98 | DEF 1 Report re: seventh quarterly report. |
| 49 - 1 | 08/03/98 | DEF 1 Report re: Eighth quarterly report. |
| 50 - 1 | 09/18/98 | [Re: DEF 1] JKS Order and report re: def is discharged from probation and proceedings are terminated. cc:PO |